| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Heritage Disposal And Storage, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA, LINCOLN DIVISION |
| Case number (if known) | **4:19-bk-40297** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**  Summary of Assets

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*............................................................ $    **5,447,572.00**

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*.... $    **4,811,636.37**

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*.... $    **10,259,208.37**

**Part 2:**  Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **3,822,785.65**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **587,985.81**

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ +$    **4,636,857.19**

4.  Total liabilities ............................................................
    Lines 2 + 3a + 3b      $    **9,047,628.65**

**Fill in this information to identify the case:**

Debtor name      **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account
   number

   3.1.    **Checking Account with: Five Points
   Bank**                                                                                          $0.00


   3.2.    **Checking Account with: US Bank**                                                      $0.00


4. Other cash equivalents *(Identify all)*

5. Total of Part 1.                                                                          $0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

### Part 4:    Investments

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   __Heritage Disposal And Storage, LLC__          Case number *(if known)* __4:19-bk-40297__
                Name

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Recycled energetic materials and explosives : The materials need an outsource and final specification for processing. Currently there are approximately 685,000 pounds of materials. The liability should they need to be destroyed versus future processing would be about 5 to 7 dollars per pound. That is a disposal liability of about 3.5 to 5M. | | $0.00 | | $0.00 |
| 20. | Work in progress Work in Progress | | $1,157,706.99 | | $1,157,706.99 |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,157,706.99 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

Debtor   **Heritage Disposal And Storage, LLC**                    Case number *(if known)*  **4:19-bk-40297**
_____
Name

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | **$40,660.00** | | **$40,660.00** |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43.  **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$40,660.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2005 Chevrolet Silverado** **Vehicles** | **$3,004.00** | | **$3,004.00** |
| 47.2.  **2005 Chevrolet Silverado** | **$4,147.00** | | **$4,147.00** |
| 47.3.  **2005 Chevrolet Silverado** | **$3,004.00** | | **$3,004.00** |
| 47.4.  **2005 Chevrolet Silverado** | **$3,004.00** | | **$3,004.00** |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Heritage Disposal And Storage, LLC**                    Case number *(if known)*  **4:19-bk-40297**
Name

| | | | |
|---|---|---|---|
| 47.5. | 2003 Chevrolet C45 | $8,000.00 | $8,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Machinery and Equipment                    $3,592,110.38                    $3,592,110.38

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                    | $3,613,269.38 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9.**  **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Harrison TWP PT E 1/2 NE 1/4 24-11-11 1.55 acres | | $9,743.00 | | $9,743.00 |
| 55.2. Harrison TWP PT E 1/2 E 1/2 NE 1/4 24-11-11 PT Tract 47A 10.28 acres | | $75,223.00 | | $75,223.00 |
| 55.3. Center TWP PT NE 1/4 & PT W 1/2 NE 1/4 19-11-10 PT Tract 47A 148.68 acres | | $779,484.00 | | $779,484.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   __Heritage Disposal And Storage, LLC__                    Case number *(if known)*  __4:19-bk-40297__
         Name

| | | | |
|---|---|---|---|
| 55.4. | Center TWP PT N 1/2 NE 1/4 & PT N 1/2 NE 1/4 NE 1/4 30-11-10 PT Tract 48D 19.08 acres | $26,526.00 | $26,526.00 |
| 55.5. | Harrison TWP PT E 1/2 NE 1/4 & NW 1/4 NE 1/4 & PT SW 1/4 & PT E 1/2 NW 1/4 24-11-11 Tract 46 137.49 acres | $1,506,569.00 | $1,506,569.00 |
| 55.6. | Harrison TWP PT S 1/2 NE 1/4 & PT SE 1/4 NW 1/4 & PT NE 1/4 SW 1/4 & PT N 1/2 SE 1/4 24-11-11 Tract 48A 130.48 acres | $830,554.00 | $830,554.00 |
| 55.7. | Harrison TWP PT S 1/2 N 1/2 SE 1/4 & PT E 1/2 SE 1/4 & S 1/2 SE 1/4 24-11-11 Tract 48C 139.61 acres | $816,406.00 | $816,406.00 |
| 55.8. | Harrison TWP PT N 1/2 NE 1/4 NW 1/4 & PT N 1/2 N 1/2 NE 1/4 25-11-11 PT Tract 48C 24.09 acres | $32,880.00 | $32,880.00 |
| 55.9. | Center TWP PT SW 1/4 NE 1/4 & PT S 1/2 NW 1/4 & PT N 1/2 SW 1/4 & PT NW 1/4 SW 1/4 19-11-10 Tract 48B 110.81 acres | $660,549.00 | $660,549.00 |
| 55.10 | Center TWP PT S 1/2 N 1/2 SW 1/4 & S 1/2 SW 1/4 & PT W 1/2 SE 1/4 19-11-10 Tract 48D 126.34 acres | $688,840.00 | $688,840.00 |
| 55.11 | Harrison TWP PT NW 1/4 NW 1/4 24-11-11 Tract 45A 6.86 acres | $20,798.00 | $20,798.00 |

Debtor    __Heritage Disposal And Storage, LLC_____    Case number *(if known)*  __4:19-bk-40297__
          Name

56.  **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

| $5,447,572.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    __Heritage Disposal And Storage, LLC_____    Case number *(if known)* __4:19-bk-40297_____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $1,157,706.99 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $40,660.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $3,613,269.38 | |
| 88. Real property. *Copy line 56, Part 9*.........................................................> | | $5,447,572.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $4,811,636.37 | + 91b.  $5,447,572.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $10,259,208.37 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name     **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)     **4:19-bk-40297**

☐ Check if this is an amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **Cornerstone Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2005 Chevrolet Silverado**<br>**Vehicles** | **$258,785.65** | **$3,004.00** |
|---|---|---|---|---|

119 C St
Shelton, NE 68876-9688
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Cornerstone Bank
2. Five Points Bank

---

| **2.2** | **Five Points Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2005 Chevrolet Silverado**<br>**Vehicles** | **$3,415,000.00** | **$5,468,731.00** |
|---|---|---|---|---|

3111 W Stolley Park Rd
Grand Island, NE
68801-7228
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 1 of 2

Debtor  **Heritage Disposal And Storage, LLC**                    Case number (if know)   4:19-bk-40297
_____Name_____

☐ No
☑ Yes. Specify each creditor,           ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed
**1. Cornerstone Bank**
**2. Five Points Bank**

---

| 2.3 | **Hall County Treasurer** | Describe debtor's property that is subject to a lien | $149,000.00 | $0.00 |

Creditor's Name                    **2017 Property Taxes**

121 S Pine St Ste 2
Grand Island, NE
68801-6076
Creditor's mailing address          Describe the lien

                                    Is the creditor an insider or related party?
Creditor's email address, if known  ☑ No
                                    ☐ Yes
                                    Is anyone else liable on this claim?
Date debt was incurred              ☑ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?      Check all that apply
☑ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $3,822,785.65 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cornerstone Bank**<br>529 N Lincoln Ave<br>York, NE 68467-2944 | Line 2.1 | |
| **James Niemeier**<br>McGrath<br>1601 Dodge St<br>Omaha, NE 68102-1637 | Line 2.2 | |

---

**Fill in this information to identify the case:**

Debtor name    **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alfred Mrkvicka**<br><br>**342 N 110th Rd # M**<br>**Wood River, NE 68883-9754** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,127.98 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Chris M. Kolb**<br><br>**2529 Mill River Rd**<br>**Grand Island, NE 68801-7372** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,308.13 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.34 | $0.00 |
|---|---|---|---|---|

**Cody Paro**

407 Ponderosa Dr
Grand Island, NE 68803-9653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,208.14 | $0.00 |
|---|---|---|---|---|

**Daniel Astrones**

2912 Goldenrod Dr
Grand Island, NE 68801-8757

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,045.12 | $0.00 |
|---|---|---|---|---|

**James E. Pederson**

4252 Arizona Ave
Grand Island, NE 68803-1005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,376.43 | $0.00 |
|---|---|---|---|---|

**James E. Rogers, Jr.**

2939 Goldenrod Dr
Grand Island, NE 68801-8756

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,038.80 | $0.00 |
|---|---|---|---|---|

**James H. Pedersen, Jr.**

2639 Jan St
Grand Island, NE 68803-1138

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,028.58 | $0.00 |
|---|---|---|---|---|

**James L. Milby**

PO Box 400
Cairo, NE 68824-0400

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.99 | $0.00 |
|---|---|---|---|---|

**Jason A. Probasco, II**

3120 W 17th St
Grand Island, NE 68803-2411

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,709.86 | $0.00 |
|---|---|---|---|---|

**Jeffery D. Pelowski**

901 Ridge Road Pl
Hickman, NE 68372-1418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,328.09 | $0.00 |
|---|---|---|---|---|
| | **Jeffrey Roby** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **4060 Northview Dr** | ☐ Unliquidated | | |
| | **Grand Island, NE 68803-3832** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,132.88 | $0.00 |
|---|---|---|---|---|
| | **Jeremiah A. Vess** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **2812 Lamar Ave** | ☐ Unliquidated | | |
| | **Grand Island, NE 68803-6110** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.08 | $0.00 |
|---|---|---|---|---|
| | **Jeromy McCoy** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **1919 N St** | ☐ Unliquidated | | |
| | **Aurora, NE 68818-1730** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,582.96 | $0.00 |
|---|---|---|---|---|
| | **Justin C. Davis** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **4087 W Capital Ave** | ☐ Unliquidated | | |
| | **Grand Island, NE 68803-1117** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260,779.23 | $0.00 |
|---|---|---|---|---|

**Mark A. Vess**

106 E 3rd St
Alda, NE 68810-9660

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,490.20 | $0.00 |
|---|---|---|---|---|

**Steven Kolb**

1901 W Anna St
Grand Island, NE 68803-5930

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $5,620.75 |
|---|---|---|---|

**American Express**

PO Box 297879
Fort Lauderdale, FL 33329-7879

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? [x] No [ ] Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $15,000.00 |
|---|---|---|---|

**Benchmark Capital Group**

5100 Westheimer Rd Ste 200
Houston, TX 77056-5597

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? [x] No [ ] Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $75,000.00 |
|---|---|---|---|

**Breakout Capital**

6862 Elm St Fl 3
McLean, VA 22101-3897

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? [x] No [ ] Yes

---

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.57 |
|---|---|---|---|

**Culligan of Grand Island**

3112 W Old Potash Hwy
Grand Island, NE 68803-5215

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,790.79 |
|---|---|---|---|

**Dave Huston**

108 N Locust St
Grand Island, NE 68801-6004

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,771.78 |
|---|---|---|---|

**Donald Erickson**

1518 Warbler Cir
Grand Island, NE 68803-3933

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,478.71 |
|---|---|---|---|

**ECCI Corporation**

13000 Cantrell Rd
Little Rock, AR 72223-1637

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,000.00 |
|---|---|---|---|

**Ellerbrock Norris Insurance**

PO Box 816
Hastings, NE 68902-0816

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Fairbanks Irrigation**

15832 W Wood River Rd
Wood River, NE 68883-9605

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,186,343.30 |
|---|---|---|---|

**Frederick Grimm**

2801 Alaskan Way Ste 107
Seattle, WA 98121-1135

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Grimm Family Ventures**
Brandon R Tomjack, Attorney
1700 Farnam St Ste 1500
Omaha, NE 68102-2078

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669,000.00 |
|---|---|---|---|

**Grimm Family Ventures, LLC**
C/O Jaclyn Klintoe
12910 Pierce St Ste 20
Omaha, NE 68144-1105

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,007.68 |
|---|---|---|---|

**Hank Morast**

4336 W Capital Ave
Grand Island, NE 68803-1413

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,400.00 |
|---|---|---|---|

**Huston & Higgins**

108 N Locust St
Grand Island, NE 68801-6004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**John Havener**

6220 E Sandra Ter
Scottsdale, AZ 85254-1367

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,180.00 |
|---|---|---|---|

**JP Whitney & Associates, LLC**

2028 E Ben White Blvd # 240-1941
Austin, TX 78741-6966

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,437,689.77 |
|---|---|---|---|

**Mark Vess**

106 E 3rd St
Alda, NE 68810-9660

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Michael R. Sullivan

609 W 42nd St
Kearney, NE 68845-2384

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.76 |
|---|---|---|---|

Mid Nebraska Disposal, Inc.

PO Box 1089
Grand Island, NE 68802-1089

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

Olsson

201 E 2nd St
Grand Island, NE 68801-5903

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,523.21 |
|---|---|---|---|

Parametrix, Inc.

60 Washington Ave Ste 390
Bremerton, WA 98337-5652

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,582.25 |
|---|---|---|---|

Porbeck Engineering Corporation

106 S State St
Little Rock, AR 72201-2122

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,668.00 |
|---|---|---|---|

Rambol

19020 33rd Ave W Ste 310
Lynnwood, WA 98036-4754

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Romeo Engineering

4217 Hahn Blvd
Fort Worth, TX 76117-1712

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | 4:19-bk-40297 |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,082.74 |
|---|---|---|---|

**Sapp Bros.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 927
Grand Island, NE 68802

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,872.06 |
|---|---|---|---|

**Southern Power District**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 1687
Grand Island, NE 68802-1687

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.16 |
|---|---|---|---|

**T Shirt Engineers**

☐ Contingent
☐ Unliquidated
☐ Disputed

311 W 4th St
Grand Island, NE 68801-4501

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,820.00 |
|---|---|---|---|

**TC West Campus 7th, LLC**
C/O Jaclyn Klintoe
12910 Pierce St Ste 20
Omaha, NE 68144-1105

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296,410.51 |
|---|---|---|---|

**The Meyer Five, LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

3911 Warbler Rd
Grand Island, NE 68803-3908

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,412.88 |
|---|---|---|---|

**Tom Rogan**

☐ Contingent
☐ Unliquidated
☐ Disputed

410 N Walnut St
Grand Island, NE 68801-4516

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,558.00 |
|---|---|---|---|

**Travelers-RMD**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 5600
Hartford, CT 06102-5600

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | 4:19-bk-40297 |
|--------|-----------------------------------|------------------------|---------------|
|        | Name |  |  |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.27 |

**Verizon Wireless**

PO Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 587,985.81 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,636,857.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,224,843.00 |

**Fill in this information to identify the case:**

Debtor name    Heritage Disposal And Storage, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    4:19-bk-40297

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official
Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Land Lease from January 2019-December 2019 This Lease will be reviewed and renewed on a yearly basis. Lease Per Acre: Irrigated Farmable 180 @ $ 255 = $ 45,900 Non Irrigated Farmable 350 @ $129 = $ 45,150 $91,050 1st Half payment $45,525 due:    March 15, 2019 2nd Half payment $45,525 due: November 1,2019 | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Adam Woitaszewski |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1  <u>Heritage Disposal And Storage, LLC</u>
    First Name      Middle Name      Last Name

Case number(if known)  <u>4:19-bk-40297</u>

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.2. State what the contract or lease is for and the nature of the debtor's interest

Land Lease from January 2019-December 2019
Acres:
    Irrigated  Farmable None
    Non-irrigated Farmable None
    Hay / Grass 240 Approximate Acres

Lease Per Acre:
Hay / Grass    240 @ $40.00 per acre  = $9,600
1st Half payment $4,800 due:    March 15, 2019
2nd Half payment $4,800 due:  November 1,2019
Or
Hay / Grass    60 / 40 shares
Choice to be made by Simple Faith farms at time of execution on 15 March 2019.

State the term remaining

List the contract number of any government contract

Simple Faith Farms

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Heritage Disposal And Storage, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA, LINCOLN DIVISION |
| Case number (if known) | **4:19-bk-40297** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 **Mark A. Vess** | PO Box 250<br>Alda, NE 68810-0250 | | **Frederick Grimm** | ☐ D _____<br>☒ E/F   **3.10**<br>☐ G _____ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name _Heritage Disposal And Storage, LLC_

United States Bankruptcy Court for the: _DISTRICT OF NEBRASKA, LINCOLN DIVISION_

Case number (if known) _4:19-bk-40297_

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other | $0.00 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $345,000.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $3,287,500.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2018 to 12/31/2018 | Land Lease Income | $79,956.00 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Heritage Disposal And Storage, LLC**                                    Case number *(if known)*  **4:19-bk-40297**

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Heritage Disposal And Storage, LLC**                          Case number (if known)  **4:19-bk-40297**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor   **Heritage Disposal And Storage, LLC**                    Case number *(if known)*   **4:19-bk-40297**

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒   No.
☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Employees<br>345 S 80th Rd<br>Alda, NE 68810 | 345 S 80th Rd<br>Alda, NE 68810 | Personal Property for employee's:<br>old cars, tools, parts, trailer, old furniture, bath tub, dryer, freezer, rerfrigerator, tv, coffee pot, etc. | $0.00 |

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **Heritage Disposal And Storage, LLC**                        Case number *(if known)* **4:19-bk-40297**

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service |
| | From-To |

26a.1.  **Leisl Kleindle-Schilling**

---

26a.2.  **Debbie Malone**

---

26a.3.  **Mike Sullivan**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   **Heritage Disposal And Storage, LLC**                    Case number *(if known)*  **4:19-bk-40297**

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    John Havener | |
| 26a.5.    Chuck Moore | |
| 26a.6.    Ryan Holbert | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Fred Grimm | 12910 Pierce St Ste 20 Omaha, NE 68144-1105 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor   Heritage Disposal And Storage, LLC                          Case number *(if known)*  4:19-bk-40297

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                      Employer identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                            Employer identification number of the parent corporation

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 13, 2019

/s/ Mark A. Vess                                    Mark A. Vess
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Nebraska, Lincoln Division**

IN RE:                                                        Case No. 4:19-bk-40297

Heritage Disposal And Storage, LLC                           Chapter 11
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dave Huston<br>108 N Locust St<br>Grand Island, NE 68801-6004 | 4.910000 | Class B Secretary |
| Donald Erickson<br>3911 Warbler Rd<br>Grand Island, NE 68803-3908 | 3.210000 | Class A |
| Henry Morast<br>4336 W Capital Ave<br>Grand Island, NE 68803-1413 | 0.680000 | Class A |
| Mark Vess<br>106 E 3rd St<br>Alda, NE 68810-9660 | 82.550000 | Class A President |
| The Meyer Five, LLP<br>3911 Warbler Rd<br>Grand Island, NE 68803-3908 | 7.750000 | Class A |
| Thomas Rogan<br>103650 Overseas Hwy Lot 49<br>Key Largo, FL 33037-2846 | 0.900000 | Class A |

(c) 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Fill in this information to identify the case:

Debtor name    **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒    *Schedule H: Codebtors* (Official Form 206H)

☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒    Amended Schedule    **E/F**

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2019**         X **/s/ Mark A. Vess**
                                              Signature of individual signing on behalf of debtor

                                           **Mark A. Vess**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

**United States Bankruptcy Court**
**District of Nebraska, Lincoln Division**

IN RE:                                              Case No. <u>4:19-bk-40297</u>

<u>Heritage Disposal And Storage, LLC</u>                    Chapter <u>11</u>
<span style="padding-left:2em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: <u>March 13, 2019</u>              Signature: <u>*/s/ Mark A. Vess*</u>
<span style="padding-left:8em">**Mark A. Vess, Managing Member**</span><span style="float:right">Debtor</span>


Date: _____          Signature: _____
<span style="float:right">Joint Debtor, if any</span>

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Alfred Mrkvicka
342 N 110th Rd # M
Wood River, NE   68883-9754


American Express
PO Box 297879
Fort Lauderdale, FL   33329-7879


Benchmark Capital Group
5100 Westheimer Rd Ste 200
Houston, TX   77056-5597


Breakout Capital
6862 Elm St Fl 3
McLean, VA   22101-3897


Chris M. Kolb
2529 Mill River Rd
Grand Island, NE   68801-7372


Cody Paro
407 Ponderosa Dr
Grand Island, NE   68803-9653


Cornerstone Bank
119 C St
Shelton, NE   68876-9688

Cornerstone Bank
529 N Lincoln Ave
York, NE  68467-2944


Culligan of Grand Island
3112 W Old Potash Hwy
Grand Island, NE  68803-5215


Daniel Astrones
2912 Goldenrod Dr
Grand Island, NE  68801-8757


Dave Huston
108 N Locust St
Grand Island, NE  68801-6004


Donald Erickson
1518 Warbler Cir
Grand Island, NE  68803-3933


ECCI Corporation
13000 Cantrell Rd
Little Rock, AR  72223-1637


Ellerbrock Norris Insurance
PO Box 816
Hastings, NE  68902-0816

Fairbanks Irrigation
15832 W Wood River Rd
Wood River, NE  68883-9605


First State Bank & Trust
119 C St
Shelton, NE  68876-9688


Five Points Bank
3111 W Stolley Park Rd
Grand Island, NE  68801-7228


Frederick Grimm
2801 Alaskan Way Ste 107
Seattle, WA  98121-1135


Grimm Family Ventures
Brandon R Tomjack, Attorney
1700 Farnam St Ste 1500
Omaha, NE  68102-2078


Grimm Family Ventures, LLC
C/O Jaclyn Klintoe
12910 Pierce St Ste 20
Omaha, NE  68144-1105


Hall County Attorney
231 S Locust St
Grand Island, NE  68801-6040

Hall County Treasurer
121 S Pine St Ste 2
Grand Island, NE  68801-6076


Hank Morast
4336 W Capital Ave
Grand Island, NE  68803-1413


Huston & Higgins
108 N Locust St
Grand Island, NE  68801-6004


Internal Revenue Service
PO Box 7346
Centralized Insolvency Operations
Philadelphia, PA  19101-7346


James E. Pederson
4252 Arizona Ave
Grand Island, NE  68803-1005


James E. Rogers, Jr.
2939 Goldenrod Dr
Grand Island, NE  68801-8756


James H. Pedersen, Jr.
2639 Jan St
Grand Island, NE  68803-1138

James L. Milby
PO Box 400
Cairo, NE  68824-0400


James Niemeier
McGrath
1601 Dodge St
Omaha, NE  68102-1637


Jason A. Probasco, II
3120 W 17th St
Grand Island, NE  68803-2411


Jeffery D. Pelowski
901 Ridge Road Pl
Hickman, NE  68372-1418


Jeffrey Roby
4060 Northview Dr
Grand Island, NE  68803-3832


Jeremiah A. Vess
2812 Lamar Ave
Grand Island, NE  68803-6110


Jeromy McCoy
1919 N St
Aurora, NE  68818-1730

John Havener
6220 E Sandra Ter
Scottsdale, AZ  85254-1367


JP Whitney & Associates, LLC
2028 E Ben White Blvd # 240-1941
Austin, TX  78741-6966


Justin C. Davis
4087 W Capital Ave
Grand Island, NE  68803-1117


Mark A. Vess
106 E 3rd St
Alda, NE  68810-9660


Mark A. Vess
PO Box 250
Alda, NE  68810-0250


Mark Vess
106 E 3rd St
Alda, NE  68810-9660


Michael R. Sullivan
609 W 42nd St
Kearney, NE  68845-2384

Mid Nebraska Disposal, Inc.
PO Box 1089
Grand Island, NE   68802-1089


Nebraska Department Of Revenue
PO Box 94818 Attn:   Bankruptcy Unit
Lincoln, NE   68509-4818


Olsson
201 E 2nd St
Grand Island, NE   68801-5903


Parametrix, Inc.
60 Washington Ave Ste 390
Bremerton, WA   98337-5652


Porbeck Engineering Corporation
106 S State St
Little Rock, AR   72201-2122


Rambol
19020 33rd Ave W Ste 310
Lynnwood, WA   98036-4754


Romeo Engineering
4217 Hahn Blvd
Fort Worth, TX   76117-1712

Sapp Bros.
PO Box 927
Grand Island, NE  68802


Southern Power District
PO Box 1687
Grand Island, NE  68802-1687


Steven Kolb
1901 W Anna St
Grand Island, NE  68803-5930


T Shirt Engineers
311 W 4th St
Grand Island, NE  68801-4501


TC West Campus 7th, LLC
C/O Jaclyn Klintoe
12910 Pierce St Ste 20
Omaha, NE  68144-1105


The Meyer Five, LLP
3911 Warbler Rd
Grand Island, NE  68803-3908


Tom Rogan
410 N Walnut St
Grand Island, NE  68801-4516

```
Travelers-RMD
PO Box 5600
Hartford, CT  06102-5600


Verizon Wireless
PO Box 25505
Lehigh Valley, PA  18002-5505
```