**Fill in this information to identify the case:**

Debtor name  **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)  **4:19-bk-40297**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*    **A/B; E/F; G**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2019**    X **/s/ Mark A. Vess**
Signature of individual signing on behalf of debtor

**Mark A. Vess**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include
all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have
no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired
leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the
debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional
sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Checking Account with: Five Points Bank** | | $0.00 |
| 3.2. | **Checking Account with: US Bank** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                    $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number *(If known)* **4:19-bk-40297** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Recycled energetic materials and explosives :** The materials need an outsource and final specification for processing.  Currently there are approximately 685,000 pounds of materials.  The liability should they need to be destroyed versus future processing would be about 5 to 7 dollars per pound.  That is a disposal liability of about 3.5 to 5M. | | **$0.00** | | **$0.00** |
| 20. | **Work in progress** Work in Progress | | **$1,157,706.99** | | **$1,157,706.99** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

**23.     Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$1,157,706.99** |
|---|

**24.     Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.     Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.     Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Heritage Disposal And Storage, LLC**    Case number *(If known)*  **4:19-bk-40297**
Name

☐ No.  Go to Part 7.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* **Farm Equipment** | $234,979.00 | | $234,979.00 |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| $234,979.00 |
|---|

34.  **Is the debtor a member of an agricultural cooperative?**

■ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Furniture** | $67,386.00 | | $67,386.00 |
| 40.  **Office fixtures** **Office Fixtures** | $33,414.00 | | $33,414.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number *(If known)* | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| **Office Equipment** | $40,660.00 | | $40,660.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $141,460.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2005 Chevrolet Silverado**<br>**Vehicles** | $3,004.00 | | $3,004.00 |
| 47.2. **2005 Chevrolet Silverado** | $4,147.00 | | $4,147.00 |
| 47.3. **2005 Chevrolet Silverado** | $3,004.00 | | $3,004.00 |
| 47.4. **2005 Chevrolet Silverado** | $3,004.00 | | $3,004.00 |
| 47.5. **2003 Chevrolet C45** | $8,000.00 | | $8,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Machinery and Equipment**                    $4,276,029.00                         $4,276,029.00

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $4,297,188.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **Heritage Disposal And Storage, LLC**                    Case number *(If known)*  **4:19-bk-40297**
      <sub>Name</sub>

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | (Where available) | | |
| 55.1.  **Harrison TWP PT E 1/2 NE 1/4 24-11-11 1.55 acres** | | **$12,000.00** | | **$12,000.00** |
| 55.2.  **Harrison TWP PT E 1/2 E 1/2 NE 1/4 24-11-11 PT Tract 47A 10.28 acres** | | **$169,891.01** | | **$169,891.01** |
| 55.3.  **Center TWP PT NE 1/4 & PT W 1/2 NE 1/4 19-11-10 PT Tract 47A 148.68 acres** | | **$1,250,000.00** | | **$1,250,000.00** |
| 55.4.  **Center TWP PT N 1/2 NE 1/4 & PT N 1/2 NE 1/4 NE 1/4 30-11-10 PT Tract 48D 19.08 acres** | | **$40,000.00** | | **$40,000.00** |
| 55.5.  **Harrison TWP PT E 1/2 NE 1/4 & NW NE 1/4 & PT SW 1/4 & PT E 1/2 NW 1/4 24-11-11 Tract 46 137.49 acres** | | **$2,700,000.00** | | **$2,700,000.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **Heritage Disposal And Storage, LLC**                    Case number *(If known)*  **4:19-bk-40297**
_____
Name

| | | | |
|---|---|---|---|
| 55.6. | **Harrison TWP PT S 1/2 NE 1/4 & PT SE 1/4 NW 1/4 & PT NE 1/4 SW 1/4 & PT N 1/2 SE 1/4 24-11-11 Tract 48A 130.48 acres** | $1,250,000.00 | $1,250,000.00 |
| 55.7. | **Harrison TWP PT S 1/2 N 1/2 SE 1/4 & PT E 1/2 SE 1/4 & S 1/2 SE 1/4 24-11-11 Tract 48C 139.61 acres** | $1,250,000.00 | $1,250,000.00 |
| 55.8. | **Harrison TWP PT N 1/2 NE 1/4 NW 1/4 & PT N 1/2 N 1/2 NE 1/4 25-11-11 PT Tract 48C 24.09 acres** | $40,000.00 | $40,000.00 |
| 55.9. | **Center TWP PT SW 1/4 NE 1/4 & PT S 1/2 NW 1/4 & PT N 1/2 SW 1/4 & PT NW 1/4 SW 1/4 19-11-10 Tract 48B 110.81 acres** | $800,000.00 | $800,000.00 |
| 55.10 · | **Center TWP PT S 1/2 N 1/2 SW 1/4 & S 1/2 SW 1/4 & PT W 1/2 SE 1/4 19-11-10 Tract 48D 126.34 acres** | $800,000.00 | $800,000.00 |
| 55.11 · | **Harrison TWP PT NW 1/4 NW 1/4 24-11-11 Tract 45A 6.86 acres** | $32,000.00 | $32,000.00 |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $8,343,891.01 |
|---|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor      **Heritage Disposal And Storage, LLC**                      Case number *(If known)*  **4:19-bk-40297**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **Heritage Disposal And Storage, LLC**
     Name

Case number *(If known)*    **4:19-bk-40297**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,157,706.99 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $234,979.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $141,460.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,297,188.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................>  | | $8,343,891.01 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,831,333.99 | + 91b. $8,343,891.01 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $14,175,225.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,933.26** | **$0.00** |
|  | **Alfred Mrkvicka** | *Check all that apply.* |  |  |
|  |  | ☐ Contingent |  |  |
|  | **342 N 110th Rd # M** | ☐ Unliquidated |  |  |
|  | **Wood River, NE 68883-9754** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,308.13** | **$0.00** |
|  | **Chris M. Kolb** | *Check all that apply.* |  |  |
|  |  | ☐ Contingent |  |  |
|  | **2529 Mill River Rd** | ☐ Unliquidated |  |  |
|  | **Grand Island, NE 68801-7372** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |  |  |

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Cody Paro**<br><br>**407 Ponderosa Dr**<br>**Grand Island, NE 68803-9653** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$907.34** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Daniel Astrones**<br><br>**2912 Goldenrod Dr**<br>**Grand Island, NE 68801-8757** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$83,602.89** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**James E. Pederson**<br><br>**4252 Arizona Ave**<br>**Grand Island, NE 68803-1005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,112.96** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**James E. Rogers, Jr.**<br><br>**2939 Goldenrod Dr**<br>**Grand Island, NE 68801-8756** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$82,063.03** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address

**James H. Pedersen, Jr.**

**2639 Jan St**
**Grand Island, NE 68803-1138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,038.80**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**James L. Milby**

**PO Box 400**
**Cairo, NE 68824-0400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,336.50**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Jason A. Probasco, II**

**3120 W 17th St**
**Grand Island, NE 68803-2411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,457.99**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Jeffery D. Pelowski**

**901 Ridge Road Pl**
**Hickman, NE 68372-1418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,891.64**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,328.09** | **$0.00** |
|---|---|---|---|---|

**Jeffrey Roby**

**4060 Northview Dr
Grand Island, NE 68803-3832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,132.88** | **$0.00** |
|---|---|---|---|---|

**Jeremiah A. Vess**

**2812 Lamar Ave
Grand Island, NE 68803-6110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$464.08** | **$0.00** |
|---|---|---|---|---|

**Jeromy McCoy**

**1919 N St
Aurora, NE 68818-1730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,582.96** | **$0.00** |
|---|---|---|---|---|

**Justin C. Davis**

**4087 W Capital Ave
Grand Island, NE 68803-1117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$271,893.75** | **$0.00** |
|---|---|---|---|---|

**Mark A. Vess**

Check all that apply.
☐ Contingent

**106 E 3rd St**
**Alda, NE 68810-9660**

☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,563.68** | **$0.00** |
|---|---|---|---|---|

**Steven Kolb**

Check all that apply.
☐ Contingent

**1901 W Anna St**
**Grand Island, NE 68803-5930**

☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,620.75** |
|---|---|---|---|

**American Express**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 297879**
**Fort Lauderdale, FL 33329-7879**

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Benchmark Capital Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5100 Westheimer Rd Ste 200**
**Houston, TX 77056-5597**

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Breakout Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6862 Elm St Fl 3**
**McLean, VA 22101-3897**

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$697.57**

**Culligan of Grand Island**

3112 W Old Potash Hwy
Grand Island, NE 68803-5215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187,790.79**

**Dave Huston**

108 N Locust St
Grand Island, NE 68801-6004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,771.78**

**Donald Erickson**

3911 Warbler Rd
Grand Island, NE 68803-3908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,478.71**

**ECCI Corporation**

13000 Cantrell Rd
Little Rock, AR 72223-1637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00**

**Ellerbrock Norris Insurance**

PO Box 816
Hastings, NE 68902-0816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Fairbanks Irrigation**

15832 W Wood River Rd
Wood River, NE 68883-9605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186,343.30**

**Frederick Grimm**

2801 Alaskan Way Ste 107
Seattle, WA 98121-1135

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Grimm Family Ventures**
**Brandon R Tomjack, Attorney**
**1700 Farnam St Ste 1500**
**Omaha, NE 68102-2078**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$669,000.00** |
|---|---|---|---|

**Grimm Family Ventures, LLC**
**C/O Jaclyn Klintoe**
**12910 Pierce St Ste 20**
**Omaha, NE 68144-1105**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,007.68** |
|---|---|---|---|

**Hank Morast**

**4336 W Capital Ave**
**Grand Island, NE 68803-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,400.00** |
|---|---|---|---|

**Huston & Higgins**

**108 N Locust St**
**Grand Island, NE 68801-6004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**John Havener**

**6220 E Sandra Ter**
**Scottsdale, AZ 85254-1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110,180.00** |
|---|---|---|---|

**JP Whitney & Associates, LLC**

**2028 E Ben White Blvd # 240-1941**
**Austin, TX 78741-6966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,437,689.77** |
|---|---|---|---|

**Mark Vess**

**106 E 3rd St**
**Alda, NE 68810-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | Heritage Disposal And Storage, LLC | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address
**Michael R. Sullivan**

**609 W 42nd St**
**Kearney, NE 68845-2384**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.19** Nonpriority creditor's name and mailing address
**Mid Nebraska Disposal, Inc.**

**PO Box 1089**
**Grand Island, NE 68802-1089**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$458.76**

---

**3.20** Nonpriority creditor's name and mailing address
**Olsson**

**201 E 2nd St**
**Grand Island, NE 68801-5903**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.21** Nonpriority creditor's name and mailing address
**Parametrix, Inc.**

**60 Washington Ave Ste 390**
**Bremerton, WA 98337-5652**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$110,523.21**

---

**3.22** Nonpriority creditor's name and mailing address
**Porbeck Engineering Corporation**

**106 S State St**
**Little Rock, AR 72201-2122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$37,582.25**

---

**3.23** Nonpriority creditor's name and mailing address
**Rambol**

**19020 33rd Ave W Ste 310**
**Lynnwood, WA 98036-4754**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,668.00**

---

**3.24** Nonpriority creditor's name and mailing address
**Romeo Engineering**

**4217 Hahn Blvd**
**Fort Worth, TX 76117-1712**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.74** |
|---|---|---|---|

**Sapp Bros.**

PO Box 927
Grand Island, NE 68802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,872.06** |
|---|---|---|---|

**Southern Power District**

PO Box 1687
Grand Island, NE 68802-1687

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.16** |
|---|---|---|---|

**T Shirt Engineers**

311 W 4th St
Grand Island, NE 68801-4501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,820.00** |
|---|---|---|---|

**TC West Campus 7th, LLC**
C/O Jaclyn Klintoe
12910 Pierce St Ste 20
Omaha, NE 68144-1105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296,410.51** |
|---|---|---|---|

**The Meyer Five, LLP**

3911 Warbler Rd
Grand Island, NE 68803-3908

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,412.88** |
|---|---|---|---|

**Tom Rogan**

410 N Walnut St
Grand Island, NE 68801-4516

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,558.00** |
|---|---|---|---|

**Travelers-RMD**

PO Box 5600
Hartford, CT 06102-5600

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Heritage Disposal And Storage, LLC** | Case number (if known) | **4:19-bk-40297** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.27** |

**Verizon Wireless**

**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 619,617.98 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,636,857.19 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 5,256,475.17 |

**Fill in this information to identify the case:**

Debtor name    **Heritage Disposal And Storage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    **4:19-bk-40297**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official
Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Land Lease from January 2019-December 2019 This Lease will be reviewed and renewed on a yearly basis. Lease Per Acre: Irrigated Farmable 180 @ $ 255  = $ 45,900 Non Irrigated Farmable 350 @ $129   = $ 45,150** **$91,050 1st Half payment $45,525 due:    March 15, 2019 2nd Half payment $45,525 due: November 1,2019** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Adam Woitaszewski** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **$6.6M Contract with Dept. of Defense/Army Contracting Command for the demilitarization and disposal of Hexachloroethane (HC) smoke canisters and smoke pots.** | |
| State the term remaining | **-** | **Army Contracting Command-RI Bridget L. Kramer Bldgs 60 & 62** |
| List the contract number of any government contract | **W52P1J-15-C-0088** | **Rock Island, IL 61201-8000** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Adminstration for DOD contract** | **DCMA Twin Cities 5600 American Blvd W Ste 600 Bloomington, MN 55437-1448** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    **Heritage Disposal And Storage, LLC**                                    Case number (*if known*)    **4:19-bk-40297**
           First Name          Middle Name          Last Name

<div style="background:purple; width:60px; height:40px;"></div>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Land Lease from January 2019-December 2019 Acres:** | |
|---|---|---|---|
| | | **    Irrigated  Farmable None** | |
| | | **    Non-irrigated Farmable None** | |
| | | **    Hay / Grass 240 Approximate Acres** | |
| | | **Lease Per Acre: Hay / Grass    240 @ $40.00 per acre  = $9,600 1st Half payment $4,800 due:    March 15, 2019 2nd Half payment $4,800 due:  November 1,2019 Or Hay / Grass    60 / 40 shares Choice to be made by Simple Faith farms at time of execution on 15 March 2019.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Simple Faith Farms** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com