# COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME: Heritage Disposal & Storage LLC

CASE NUMBER: 19-40297-TLS

Debtor hereby submits the attached MONTHLY OPERATING REPORT for the month of 1 May - 31 May, 2019.

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

| ASSETS | PETITION DATE 02/25/19 | MONTH ENDING 03/31/19 | MONTH ENDING 04/30/19 | MONTH ENDING 05/31/19 | MONTH ENDING 06/30/19 | MONTH ENDING 07/31/19 | MONTH ENDING 08/31/19 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 0 | 45,525 | 21,513 | 5,560 | 0 | 0 | 0 |
| Accounts Receivable, Net (Sch. A) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (Work In Progress) | 1,157,707 | 1,157,707 | 1,157,707 | 1,157,707 | 0 | 0 | 0 |
| Total Current Assets | 1,157,707 | 1,203,232 | 1,179,220 | 1,163,267 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIP. (Sch. B) | 14,175,225 | 14,175,225 | 14,175,225 | 14,175,225 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 2,549,100 | 2,560,763 | 2,572,426 | 2,584,478 | 0 | 0 | 0 |
| OTHER ASSETS (Describe) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ASSETS | 12,783,832 | 12,817,694 | 12,782,019 | 12,754,014 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF ___ PAGES ARE TRUE AND CORRECT.

Date submitted 15 June 2019

Signed _____

Mark A. Vess President
(Printed name of signatory)
Heritage Disposal & Storage

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

FORM OPR-1B

| LIABILITIES & EQUITY | PETITION DATE 02/25/19 | MONTH ENDING 03/31/19 | MONTH ENDING 04/30/19 | MONTH ENDING 05/31/19 | MONTH ENDING 06/30/19 | MONTH ENDING 07/31/19 | MONTH ENDING 08/31/19 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 19,972 | 23,535 | 5,560 | 0 | 0 | 0 |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 3,673,786 | 3,673,786 | 3,673,786 | 3,673,786 | 0 | | |
| Priority Debt | 619,618 | 619,618 | 619,618 | 619,618 | 0 | | |
| Unsecured Debt | 4,636,857 | 4,636,857 | 4,636,857 | 4,636,857 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| Total Pre Petition Liabilities | 8,930,261 | 8,930,261 | 8,930,261 | 8,930,261 | 0 | 0 | 0 |
| Total Liabilities | 8,930,261 | 8,950,233 | 8,953,796 | 8,935,821 | 0 | 0 | 0 |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | TBD | TBD | TBD | | 0 | | |
| Common Stock | TBD | TBD | TBD | | 0 | | |
| Paid-In Capital | TBD | TBD | TBD | | 0 | | |
| Retained Earnings | | | | | | | |
| Through Filing Date (Estimated) | 884,709 | 884,709 | 884,709 | 884,709 | 0 | 0 | 0 |
| Post Filing Date | TBD | TBD | TBD | 0 | 0 | | |
| Total Stockholders' Equity | 884,709 | 884,709 | 884,709 | 884,709 | 0 | 0 | 0 |
| TOTAL LIABILITIES & EQUITY | 9,814,970 | 9,834,942 | 9,838,505 | 9,820,530 | 0 | 0 | 0 |

2

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

| CASH DIFFERENCE | MONTH ENDING 03/31/19 | MONTH ENDING 04/30/19 | MONTH ENDING 05/31/19 | MONTH ENDING 06/30/19 | MONTH ENDING 07/31/19 | MONTH ENDING 08/31/19 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Current Ending Cash Balance | 38,860 | 21,513 | 5,560 | 0 | 0 | 0 | 65,933 |
| Less Ending Prior Month Balance | 45,525 | 38,860 | 21,513 | 0 | 0 | 0 | 105,898 |
| NET CASH INCREASE(DECREASE) | (6,665) | (17,347) | (15,953) | 0 | 0 | 0 | (39,965) |
| SOURCES OF CASH | | | | | | | |
| Income (Loss) From Operations | | | | | | | |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 0 | 0 | (5,005) | 0 | 0 | 0 | (5,005) |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | (5,005) | 0 | 0 | 0 | (5,005) |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 0 | 0 | (5,005) | 0 | 0 | 0 | (5,005) |
| USE OF CASH | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 6,665 | 17,347 | 17,975 | 0 | 0 | 0 | 41,987 |

3

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

STATEMENT OF INCOME (LOSS)

FORM OPR-2

| | MONTH ENDING 03/31/19 | MONTH ENDING 04/30/19 | MONTH ENDING 05/31/19 | MONTH ENDING 06/30/19 | MONTH ENDING 07/31/19 | MONTH ENDING 08/31/19 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 0 | 0 | 0 | 0 | | | 0 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | 0 | | | 0 |
| Labor - Direct | 0 | 0 | 0 | 0 | | | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | | | 0 |
| Total Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 0 | 0 | 0 | 0 | | | 0 |
| Executive & Mgmt. Salaries | 4,665 | 4,000 | 5,000 | | | | 13,665 |
| Office & Other Salaries | 2,000 | 5,126 | | | | | 7,126 |
| Rent | 0 | 0 | 0 | 0 | | | 0 |
| Other (Attach Schedule) | 0 | 0 | 0 | 0 | | | 0 |
| Total Operating Expenses | 6,665 | 9,126 | 5,000 | 0 | 0 | 0 | 20,791 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | | | | | | | 0 |
| Depreciation | | | | | | | 0 |
| Interest | 0 | 0 | 0 | 0 | | | 0 |
| Attorney's Fees | 0 | 144 | 5 | 0 | | | 149 |
| Other Professional Fees: Bank Checks DIP ACCT | | | | | | | |
| Total Other Expenses | 0 | 144 | 5 | 0 | 0 | 0 | 149 |
| Total Expenses | 6,665 | 9,270 | 5,005 | 0 | 0 | 0 | 20,940 |
| NET INCOME (LOSS) | (6,665) | (9,270) | (5,005) | 0 | 0 | 0 | (20,940) |

4

| | | | | | |
|---|---|---|---|---|---|
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | 6,665 | 17,347 | 17,975 | 0 | 41,987 |
| NET CASH INCREASE (DECREASE) | (6,665) | (17,347) | (22,980) | 0 | (46,992) |

5

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

SCHEDULE OF FIXED ASSETS

SCHEDULE B

| FIXED ASSETS: | MONTH 03/31/19 | MONTH 04/30/19 | MONTH 05/31/19 | MONTH 06/30/19 | MONTH 07/31/19 | MONTH 08/31/19 |
|---|---|---|---|---|---|---|
| Buildings | 2,451,757 | 2,451,757 | 2,451,757 | | | |
| Land | 5,447,572 | 5,447,572 | 5,447,572 | | | |
| Improvements | 1,857,807 | 1,857,807 | 1,857,807 | | | |
| Office Furniture | 67,386 | 67,386 | 67,386 | | | |
| Office Equipment | 33,414 | 33,414 | 33,414 | | | |
| Computer Equipment | 40,660 | 40,660 | 40,660 | | | |
| Shop Machinery | 3,592,110 | 3,592,110 | 3,592,110 | | | |
| Shop Equipment | 354,521 | 354,521 | 354,521 | | | |
| Automobiles | 0 | 0 | 0 | | | |
| Vans | 0 | 0 | 0 | | | |
| Trucks | 21,159 | 21,159 | 21,159 | | | |
| Trailers | 0 | 0 | 0 | | | |
| Heavy Equipment | 234,979 | 234,979 | 234,979 | | | |
| Other Vehicles | 600 | 600 | 600 | | | |
| Major Tools | TBD | TBD | TBD | | | |
| Boat & Airplane | 0 | 0 | 0 | | | |
| Warehouse Equipment | TBD | TBD | TBD | | | |
| Other Piviot Systems Tracts 46 and 47 | 73,260 | 73,260 | 73,260 | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 14,175,225 | 14,175,225 | 14,175,225 | 0 | 0 | 0 |

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 03/31/19 | MONTH 04/30/19 | MONTH 05/31/19 | MONTH 06/30/19 | MONTH 07/31/19 | MONTH 08/31/19 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | 615 | 2,693 | | | | |
| State Payroll Taxes | 145 | 481 | | | | |
| State Sales Taxes | 0 | 0 | | | | |
| Local Payroll Taxes | 0 | 0 | | | | |
| Real Estate & Pers. Prop. Taxes | | | | | | |
| Other: UnEmployment | | 127 | | | | |
| TOTAL TAXES PAYABLE | 760 | 3,301 | 0 | 0 | 0 | 0 |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | | | | | | |
| Accrued Interest Payable | | | | | | |
| Other Accrued Liabilities | 19,212 | 18,592 | | | | |
| Workers Compensation Insurance | | 1,473 | | | | |
| Execupay | | 169 | | | | |
| Property Insurance | | | 7,425 | | | |
| Liability Insurance | | | 3,523 | | | |
| TOTAL OTHER LIABILITIES | 19,212 | 20,234 | 10,948 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 19,972 | 23,535 | 10,948 | 0 | 0 | 0 |

CASE NAME: Heritage Disposal &Storage LLC
CASE NUMBER: 19-40297-TLS

(revised Jan 2008)
Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of 31 May 2019

### 1. Insurance Coverage

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | Travelers/Ellerbrock | 500000 | | |
| General Liability | CSU/Ellerbrock Norris | 2,000,000 | 4/14/2020 | 7/17/2019 |
| Excess Liability | CSU/Ellerbrock Norris | 2,000,000 | 4/14/2020 | 7/17/2019 |
| Fire & Extended Coverage | CSU/Ellerbrock Norris | 3,889,000 | 4/14/2020 | 7/17/2019 |
| Vehicle Liability | Cincinnati/Ellerbrock | 250,000/500,000 | 1/4/2022 | 7/4/2019 |
| Vehicle Collision | Cincinnati/Ellerbrock | 100,000/500,000 | 1/4/2022 | 7/4/2019 |
| Theft | Cincinnati/Ellerbrock | 100,000/500,000 | 1/4/2022 | 7/4/2019 |
| Other(specify) | | | | |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | 4/30/2019 | 2,693 | 0 |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | 4/30/2019 | 42 | 0 |
| State Payroll W/H Taxes | 4/30/2019 | 481 | 0 |
| State Unemployment Taxes | 4/30/2019 | 85 | 0 |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

CASE NAME: Heritage Disposal & Storage
CASE NUMBER: 19-40297-TI 19-40297-TLS

(Revised Jan. 2008)
Schedule D
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of  1 May 31 May 2019

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | None | |
| Accountant(s) | None | |
| Management Co.(s) | None | |
| Other (specify) | | |

### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | 325.00 | $325.00 | 325 | | Awaiting | Invoice |
| April | 325.00 | | | | | |
| May | 325.00 | | | | | |
| June | $ | $650.00 | 325 | | $ | |
| July | | | | | | |
| August | | | | | | |
| September | $ | $0.00 | 325 | | $ | |
| October | | | | | | |
| November | | | | | | |
| December | $ | $0.00 | 325 | | $ | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

9



**Great Western Bank**
Making Life Great®

Grand Island Webb Road Branch (308)381-8900
700 N Webb Rd
Grand Island, NE 68803

Date     5/31/19
Primary Account           XXXXXX08
Enclosures                        1

Page    1
39517



C 81
S 30306

30306 1 AV 0.380
Heritage Disposal and Storage LLC
Debtor In Possession
Bk 19 40297 Tls
PO Box 250
Alda NE 68810-0250

```
-------------------------------CHECKING ACCOUNTS-------------------------------
Business Checking                          Number of Enclosures              1
Account Number              XXXXXXX08      Statement Dates   5/01/19 thru 6/02/19
Previous Balance            21,513.30      Days This Statement Period      33
    Deposits/Credits              .00      Average Ledger            11,861.64
  3 Checks/Debits           15,948.18      Average Collected         11,861.64
Service Charge                   4.95
Interest Paid                     .00
Current Balance              5,560.17

-------------------------------Service Charges Summary-------------------------
Date   Description                                        Amount
5/31   Postage and Handling Fee                             4.95

-------------------------------Checks and Withdrawals--------------------------
Date   Description                                        Amount
5/10   INSURANCE CINFIN TEL 6325236                     3,523.00-
5/20   INS.PREM CSU Producer Res CCD 3000471055         7,425.18-
5/31   Service Charge                                       4.95-

----------CHECKS----------   ----------CHECKS----------   ----------CHECKS----------
Date   Serial No    Amount
5/08                5,000.00
* Denotes missing check numbers

-------------------------------Daily Balance Information----------------------
Date    Balance        Date    Balance         Date    Balance
5/01   21,513.30       5/10   12,990.30        5/31    5,560.17
5/08   16,513.30       5/20    5,565.12
```

10

See reverse side for important information.

GreatWesternBank.com

Member FDIC  EQUAL HOUSING LENDER

30306
83925

## BILL RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement. We must hear from you no later than 60 days after we sent you the first statement on which the errors or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES. If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (For consumer accounts only)**

Telephone us at the number included on the front of your bank statement, or write us at the address shown on the front of your bank statement, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on a statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**HOW FINANCE CHARGES ARE COMPUTED**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account (including current transactions). To get the "daily balance," we take the beginning balance of your account each day, add any new advances/loans, and subtract any payments or credits and unpaid finance charges. This gives us the daily balance.

---

**IMPORTANT**

Please examine this statement immediately and report any differences to us within 30 days. A reporting period of up to 60 days and other special provisions apply if the difference involves a credit line transaction or an electronic funds transfer. Such provisions are explained below.

**BALANCING YOUR CHECKING ACCOUNT**

Before you start, please be sure you enter in your checkbook any interest earned, automatic transactions or bank charges including those shown on this statement.

A. Enter deposits not shown on this statement.

B. Enter all checks, withdrawals and bank charges not shown on this statement.

Follow instructions below to compare transactions recorded on your statement with those in your checkbook.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |

Total A _____

| Outstanding Check Number | Amount |
|---|---|
| | |
| | |
| | |

Total B _____

BALANCE THIS STATEMENT shown on other side _____

PLUS Total A _____

EQUALS _____

MINUS Total B _____

EQUALS your current checkbook balance _____

**Great Western Bank**
Making Life Great

Received From
**Great Western Bank**
CHECKING WITHDRAWAL SLIP
Account Number

Date 5/8/19    14877088

Customer Name: Mark Vess    Dollars $ 5000.00

Signature: [signature]    Payroll

:091408734:    25

05/08/2019    $5000.00

30306
83927